**Opinion issued March 4, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

NO. 01-13-00661-CR
NO. 01-13-00662-CR
_____

**ROY GLEN ARMSTRONG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 434th District Court
Fort Bend County, Texas
Trial Court Cause Nos. 12-DCR-059847A and 12-DCR-059848A**

---

**MEMORANDUM OPINION**

Counsel for appellant, Roy Glen Armstron, has filed a motion to dismiss the

appeals. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeals.

Accordingly, we dismiss the appeals. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).